# IN THE COURT OF APPEALS OF TENNESSEE
## AT KNOXVILLE

FILED

**April 16, 1999**

**Cecil Crowson, Jr.
Appellate Court
Clerk**

DELORES J. COLEMAN,       )
                                   )
       Plaintiff/Appellee      )    CUMBERLAND COUNTY
                                   )
v.                               )    NO. 03A01-9810-CV-00329
                                   )
ROBERT C. COLEMAN,_____)\_\_\_\_HON. JOHN A. TURNBULL
_____)    JUDGE
       Defendant/Appellant   )
                                   )
                                   )    AFFIRMED, AS MODIFIED
                                   )    AND REMANDED

## J U D G M E N T

This appeal came on to be heard upon the record from the Circuit Court of Cumberland County and briefs filed on behalf of the respective parties. Upon consideration thereof, this Court is of the opinion that the trial court's Judgment, as modified by the opinion of this Court, should be affirmed.

It is, therefore, ORDERED and ADJUDGED by this Court that the judgment of the trial court, as modified, is affirmed and the case is remanded to the Circuit Court of Cumerland County for further proceedings in accordance with this opinion. Costs are assessed to the parties evenly, for which execution may issue, if necessary.

PER CURIAM